DANIEL A. DOOLEY, RESPONDENT, v. HORACE K. ROBER-
SON, DIRECTOR OF THE DEPARTMENT OF REVENUE
AND FINANCE OF THE CITY OF BAYONNE, APPEL-
LANT.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellant, *William Rubin.*

For the respondent, *Frazer, Stoffer & Jacobs.*

PER CURIAM.

The judgment under review herein should be affirmed,
for the reasons expressed in the opinion delivered by Mr.
Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, CASE, DONGES, PORTER, HETFIELD, DEAR, WELLS,
WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—HEHER, J. 1.